IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| VERNES PENGIC, | ) | |
| Plaintiff, | ) ) | CIVIL ACTION FILE |
| v. | ) ) | NO. 1:11-cv-02729-AT |
| INTERNATIONAL DESIGN & INSTALLATION, INC., a Georgia Corporation | ) ) ) ) ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate, as evidenced by counsel for the parties signatures below, Vernes Pengic DISMISSES WITH PREJUDICE all claims against International Design & Installation, Inc., that were, or could have been, raised by him in the above-styled lawsuit. Each party will bear its own costs and attorneys' fees

This 22 day of OCTOBER, 2011.

*[signatures appear on following page]*

_____
Kimberly N. Martin, Esq.
(Georgia Bar No. 473410)
Thomas F. Martin, Esq.
(Georgia Bar No. 482595)
Martin & Martin, LLP
P. O. Box 1070
Tucker, GA 30085-1070
Telephone (404) 313-5538
Facsimile (770) 837-2678

Attorneys for Plaintiff

_____
Michael C. Murphy
(Georgia Bar No. 531000)
Murphy Law Group, P.C.
4989 Peachtree Parkway
Suite 200
Norcross, Georgia 30092
Telephone: (770) 246-2590
Facsimile: (770) 248-0537

Attorney for Defendant